

**ORDERED in the Southern District of Florida on April 30, 2020.**

*[signature]*

**Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

---

IN RE:                                    CASE NO.: **18-17402-PGH**

**DAVID RAMSINGH**,                       CHAPTER 13

      DEBTOR.

---

### AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

---

THIS CAUSE came on before the Court upon Movant, HIMALAYA INTERNATIONAL, INC.'s *Motion for Relief from the Automatic Stay* and the court, having reviewed the motion referenced herein and being otherwise duly advised in the matter, as well as being informed that Debtor's counsel and Movant's counsel are in agreement, it is hereby ORDERED:

1. The *Motion for Relief from the Automatic Stay* motion is hereby GRANTED.

2. The movant has relief from the automatic stay to enforce its rights against the collateral described in the motion.

3. Specifically, the stay in *Himalaya International, Inc. vs. David Ramsingh, Et al.* – Case No. CACE-18-021690 is hereby lifted.

4. The 14-day stay provision provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply.
5. The trustee shall, and hereby does, abandon the collateral if necessary and/or applicable.

**# # #**

Agreed to by:

Harvey L. Rubinchik, Esq. – Attorney for Debtor David Ramsingh

Julio C. Cavero, Esq. – Attorney for Movant Himalaya International, Inc.


[Attorney Julio C Cavero directed to serve copies of this order on all interested parties and to file a certificate of service].